# Court of Appeals
# of the State of Georgia

ATLANTA, February 24, 2020

*The Court of Appeals hereby passes the following order*

**A20I0172. AMERICA LESESNE v. THE STATE.**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

1993826



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta, February 24, 2020.*

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

  *, Clerk.*